**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>v.<br><br>**JACQUAN GORDON,** | **Criminal No. 19-0702 (ES)**<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Michael A. Hammer (the "Magistrate Judge") (D.E. No. 16), which was submitted as a result of this Court having referred this cause to the Magistrate Judge for the purpose of conducting a plea proceeding under Fed. R. Crim. P. 11 (D.E. No. 12); and the defendant having consented to the Magistrate Judge conducting the guilty plea proceeding; and the Court having reviewed the Report and Recommendation, as well as the transcript of the proceedings on February 20, 2020, and there being no objection to the Report and Recommendation timely filed pursuant to 28 U.S.C. 636(b); and the Court finding the Report and Recommendation is neither clearly erroneous nor contrary to law; and the Court hereby finding that the Report and Recommendation should be approved and adopted and the defendant's guilty plea accepted,

IT IS on this 22nd day of April 2020,

**ORDERED** that the Report and Recommendation of the Magistrate Judge is approved and adopted in full; and it is further

**ORDERED** that the Defendant's guilty plea is accepted and a judgment of guilt to the Indictment shall be entered.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**
